IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EXPRESS WORKING CAPITAL, LLC, <br> Plaintiffs, <br><br> v. <br><br> ONE WORLD CUISINE GROUP, LLC; <br> MANRAJ, INC.; PAVAN RESTAURANT <br> GROUP, INC.; SHALIMAR, INC.; <br> MANPRIY A, INC.; LIBBY'S MARKET, <br> INC.; MELA GROUP, INC.; AMRICK <br> SINGH PABLA; SURINDER SINGH; <br> and JASWINDER SINGH PABLA, <br> Defendants. | Civil Action No.: 3:15-CV-3792-S |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Express Working Capital, LLC's Motion for Partial Summary Judgment*, filed June 15, 2017 (doc. 68), is **GRANTED**. The plaintiff is entitled to recovery of $662,152.32 in damages from the defendants Amrik Singh Pabla and Jaswinder Singh Pabla, and to $88,213.36 from the defendant Amrik Singh Pabla. The defendant's counterclaims against the plaintiff are **DISMISSED with prejudice**. Remaining for trial are the plaintiff's breach of contract claim as it relates to the 2011 Agreement, its promissory estoppel claims, and its fraud claim against Amrik.

SIGNED this 4th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE