IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EXPRESS WORKING CAPITAL, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-3792-S-BH |
| | § | |
| ONE WORLD CUISINE GROUP, LLC; | § | |
| MANRAJ, INC.; PAVAN RESTAURANT | § | |
| GROUP, INC.; SHALIMAR, INC.; | § | |
| MANPRIY A, INC,; LIBBY'S MARKET, | § | |
| INC.; MELA GROUP, INC.; AMRIK | § | |
| SINGH PABLA; SURINDER SINGH; | § | |
| and JASWINDER SINGH PABLA, | § | |
| Defendants. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiff/Counter-Defendant's (1) Motion to Dismiss, (2) Motion for Default Judgment; and (3) Motion for Final Judgment and Brief in Support*, filed September 26, 2018 (doc. 87), is hereby **GRANTED**. By separate judgment, the plaintiff's fraud claim against defendant Amrik Singh Pabla, and its breach of contract claim related to the 2011 Agreement and promissory estoppel claims against all defendants except for Surinder Singh, will be dismissed without prejudice. Default judgment will also be entered under Fed. R. Civ. P. 55 against One World Cuisine Group, LLC, Manraj, Inc., Pavan Restaurant Group, Inc., Shalimar, Inc., Manpriy A, Inc., Libby's Market, Inc.,

and Mela Group, Inc. in the amount of $662,152.32 on the plaintiff's claim against them for breach

of the 2014 promissory note, and for which they shall be jointly and severally liable with defendants

Amrik Singh Pabla and Jaswinder Singh Pabla.

   **SIGNED** this 2n day of May, 2019.

_____

**UNITED STATES DISTRICT JUDGE**